**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00528-001-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Charles Kaebisch, | |
| Defendant. | |

Pending before the Court is Defendant Donald Charles Kaebisch's pro se Request for a Hearing (Doc. 117) seeking an exemption from the writ of garnishment issued to RJ Russo, LLC (Doc. 115).

On January 4, 2022, the Court issued an Order directing (a) Defendant Kaebisch to file a supplement explaining the basis for his hearing request and (b) both parties to submit a joint proposed hearing date no later than January 20, 2022. (Doc. 118 at 2). In that Order, the Court cautioned Defendant "that if he does not timely file the supplement required by [the] Order, the Court will not conduct a hearing based on his request." (*Id.*)

On January 19, 2022, Defendant's former counsel from his criminal case filed a motion to extend the filing deadlines by one week because Defendant only recently retained him for the present garnishment action. (Doc. 122). The Court granted Defendant's motion to extend deadlines and ordered Defendant to file his supplement and the parties' proposed hearing dates by January 27, 2022. (Doc. 125). As of this Order, no additional documents addressing Defendant's Request for a Hearing have been filed. Thus, the Court finds no

reason to hold a hearing on the writ issued to RJ Russo based on the request for hearing at Doc. 117.

Accordingly,

**IT IS ORDERED** that Defendant's Request for a Hearing (Doc. 117) is denied.

Dated this 2nd Day of February, 2022.

James A. Teilborg
Senior United States District Judge